In the Matter of ASA L. CARTER, an Attorney,
Appellant.
ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK,
Respondent.

*Matter of Carter,* 177 App. Div. 677, appeal dismissed.
(Submitted November 12, 1917; decided November 20, 1917.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered May 28, 1917, disbarring
the appellant herein from practice as an attorney and
counselor at law of the state of New York.

The motion was made upon the ground that the
Court of Appeals was without jurisdiction to entertain
the appeal, the decision of the Appellate Division sus-

taining the facts having been unanimous and permission to appeal not having been obtained.

*Einar Chrystie* for motion.

*Asa L. Carter* opposed.

Motion granted and appeal dismissed, without costs, on authority of *Matter of Mathot* (222 N. Y. 8).